# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-3007

_____

Aaron Dalton

Plaintiff - Appellant

v.

JJSC Properties, LLC

Defendant - Appellee

------

Appeal from U.S. District Court for the District of Minnesota
(0:19-cv-00522-SRN)

------

**JUDGMENT**

Before KELLY, WOLLMAN, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is vacated and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

August 03, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Michael E. Gans