# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Aaron Dalton,<br><br>         Plaintiff,<br><br>v.<br><br>JJSC Properties, LLC,<br><br>         Defendant. | Case No. 19-cv-522 (SRN/DTS)<br><br><br>**ORDER** |

Padraigin Browne, Browne Law LLC, 8530 Eagle Point Blvd., Ste. 100, Lake Elmo, Minnesota 55042, for Plaintiff.

Amy M. Sieben and Bradley D. Fisher, Fisher Bren & Sheridan LLP, 920 Second Ave. S., Ste. 975, Minneapolis, Minnesota 55402, for Defendant.

SUSAN RICHARD NELSON, United States District Judge

   This matter is before the Court on remand from the opinion of the Eighth Circuit Court of Appeals in *Dalton v. JJSC Properties, LLC*, __ F.3d __, No. 19-3007, 2020 WL 4431719 (8th Cir. Aug. 3, 2020).  Pursuant to that opinion,

   IT IS HEREBY ORDERED that the Judgment of this Court dated August 14, 2019 [Doc. No. 34] is **VACATED**, and this matter is **REMANDED** to the Second Judicial District Court, Ramsey County, Minnesota.

Dated:  August 24, 2020                           s/Susan Richard Nelson
                                                  SUSAN RICHARD NELSON
                                                  United States District Judge