# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3007

Aaron Dalton

Appellant

v.

JJSC Properties, LLC

Appellee

___

Appeal from U.S. District Court for the District of Minnesota
(0:19-cv-00522-SRN)

___

**MANDATE**

In accordance with the opinion and judgment of 08/03/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 24, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit